JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILTON LAWRENCE BROWN, ) | Case No. CV 09-9177-ABC (OP) |
| ) | |
| ) | J U D G M E N T |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL SAYRE, et al., ) | |
| ) | |
| ) | |
| Respondent. ) | |
| ) | |

IT IS ADJUDGED that the First Amended Complaint is hereby denied and this action is dismissed without leave to amend.

DATED: March 3, 2010

_____
HONORABLE AUDREY B. COLLINS
Chief United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge